Matthew D. Elster (No. 6303242)
**BEERMANN LLP**
161 North Clark Street #3000
Chicago, Illinois 60601
Telephone: (312) 621-9700
mdelster@beermannlaw.com

MOYES SELLERS & HENDRICKS
Keith L. Hendricks (012750)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
khendrickss@law-msh.com
*Attorneys for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| HOME OPPORTUNITY, LLC, | Case No. 2:21-bk-09424-EPB |
| Debtor. | Adversary Case No. 22-ap-00200 |
| ROBERT A. MACKENZIE, THE CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DEBTOR HOME OPPORTUNITY, LLC, | **ACCEPTANCE OF SERVICE FOR AND ON BEHALF OF DEFENDANT RED ROCK LANDING, LLC** |
| Plaintiff, | |
| v. | |
| RED ROCK RIVER, LLC; WINDOW ROCK CAPITAL PARTNER, LLC; WINDOW ROCK RESIDENTIAL RECOVERY FUND CONSOLIDATOR, LLC; RED ROCK LANDING, LLC; WINDOW ROCK MANAGER, LLC; AND AMERICAN HOMES 4 RENT TRS, LLC, | |
| Defendants. | |

I, Khaled Tarazi, as of the date indicated below do hereby accept service of process of the Summons and Complaint on behalf of Defendant Red Rock Landing, LLC via electronic mail as though the same had been served upon said Defendant by a duly appointed or authorized person to serve process, or as otherwise authorized by the Federal Rules of Civil Procedure and applicable Bankruptcy Rules. This Acceptance of Service is merely to facilitate and establish service of process and does not constitute an appearance or notice of representation as to Defendant for any other purpose.

DATED this 2nd day of September, 2022.

**BUCHALTER, PC**

By */s/ Khaled Tarazi (SBN #032446) (with permission)*
 Khaled Tarazi
 15279 N. Scottsdale Road, Suite 400
 Scottsdale, AZ 85254-2659

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2022, a copy of the attached document was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

/s/ *Katie Abbitt*