Robert J. Miller (SBN: 013334)
Khaled Tarazi (SBN: 032446)
BUCHALTER
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2659
Telephone: 480.383.1800
Fax: 480.824.9400
Email:  rmiller@buchalter.com
        ktarazi@buchalter.com

*Attorneys for Defendant*
*Red Rock River, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| HOME OPPORTUNITY, LLC, | Case No.: 2:21-bk-04924-EPB |
| Debtor. | Adversary Case No. 2:22-ap-00200-EPB |
| ROBERT A. MACKENZIE, THE CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DEBTOR HOME OPPORTUNITY, LLC, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | |
| RED ROCK RIVER, LLC; WINDOW ROCK CAPITAL PARTNERS, LLC; WRRRF CONSOLIDATOR, LLC; RED ROCK LANDING, LLC; WINDOW ROCK MANAGER, LLC; AND AMERICAN HOMES 4 RENT TRS, LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that counsel listed below appear in the above-referenced proceeding as counsel for Red Rock River, LLC, a Delaware limited liability company ("RRR"):

///

///

Robert J. Miller, Esq.
Khaled Tarazi, Esq.
**BUCHALTER, A PROFESSIONAL CORPORATION**
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254
rmiller@buchalter.com
ktarazi@buchalter.com

The above-listed counsel formally request that all notices and copies of any and all filings and/or notices of hearing in the above-captioned proceeding be sent to them at the address set forth above; that this request shall remain a continuing request and demand for notices to be provided to the above-listed counsel.

This appearance and request for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over RRR. This appearance and demand for notice and service of papers is also not, and may not be deemed or construed to be, a waiver of any of RRR's substantive or procedural rights, including without limitation: (i) RRR's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) RRR's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) RRR's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which RRR expressly reserves.

DATED: October 18, 2022           BUCHALTER

By:     *s/Khaled Tarazi  (SBN 032446)*
Robert J. Miller
Khaled Tarazi
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2659
Telephone: 480.383.1800
Fax: 480.824.9400

*Attorneys for Defendant
Red Rock River, LLC*

| | |
|---|---|
| 1 | **E-FILED** on October 18, 2022, with the U.S. Bankruptcy Court and copies served |
| 2 | via ECF notice on all parties that have appeared in the case. |
| 3 | |
| 4 | **COPY** emailed or sent via U.S. Mail this same date to: |
| 5 | Keith L. Hendricks, Esq. |
| 6 | MOYES SELLERS & HENDRICKS<br>1850 North Central Avenue, #1100<br>Phoenix, AZ  85004 |
| 7 | khendricks@law-msh.com |
| 8 | Matthew D. Elster, Esq.<br>BEERMANN LLP |
| 9 | 161 North Clark Street #3000<br>Chicago, IL  60601 |
| 10 | mdelster@beermannlaw.com<br>*Attorneys for Plaintiff* |
| 11 | |
| 12 | *s/Cristina Daniels* |

BN 73245328v1