SO ORDERED.

Dated: February 22, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Eddward P. Ballinger, Jr. |
| Case Name: | Home Opportunity, LLC |
| Case Number: | 2:21-bk-04924-EPB |
| Adversary Name: | Robert Mackenzie v. Red Rock River, LLC; Window Rock Capital Partners, LLC; Red Rock Landing, LLC; Window Rock Management, LLC; American Homes 4 Rent TRS, LLC; and WRRRF Consolidator, LLC |
| Adversary Number: | 2:22-ap-00200-EPB |
| Subject of Matter: | Motions to Dismiss |
| Date Taken Under Advisement: | February 14, 2023 |
| Date Matter Ruled Upon: | February 22, 2023 |

The Court has reviewed the motions to dismiss filed by defendants Red Rock River, LLC; Window Rock Capital Partners, LLC; Red Rock Landing, LLC; Window Rock Management, LLC; WRRRF Consolidator, LLC, and American Homes 4 Rent TRS, LLC. While the Court makes no finding as to whether some or all of plaintiff's claims may be resolved

by way of summary disposition, movants have failed to establish that they are entitled to orders of dismissal. For this reason,

>IT IS ORDERED denying the pending motions to dismiss.