Steven D. Jerome (#018420)
Jacklyn M. Branby (#036899)
**SNELL & WILMER, L.L.P.**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: SJerome@swlaw.com
JBranby@swlaw.com

*Attorneys for American Homes 4 Rent TRS, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HOME OPPORTUNITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No.: 2:21-bk-04924-EPB<br><br>Adversary No.: 2:22-ap-00200-EPB |
| ROBERT A. MACKENZIE, THE CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DEBTOR HOME OPPORTUNITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RED ROCK RIVER, LLC; WINDOW ROCK CAPITAL PARTNERS, LLC; WRRRF CONSOLIDATOR, LLC; RED ROCK LANDING, LLC; WINDOW ROCK MANAGER, LLC; AND AMERICAN HOMES 4 RENT TRS, LLC,<br><br>Defendants. | **AMERICAN HOMES 4 RENT TRS, LLC'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant American Homes 4 Rent TRS, LLC ("AH4R"), hereby submits its Answer to the *First Amended Complaint* (the "Complaint") filed on September 7, 2022 at Dkt. No. 10 by Plaintiff Robert A. Mackenzie, the duly appointed Chapter 7 Trustee

("Trustee") of the Debtor Home Opportunity, LLC's ("Debtor") bankruptcy estate, and admits, denies, and responds as follows:

**Summary of Suit**

1. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 1 and AH4R, accordingly, denies the same.

**Jurisdiction and Venue**

2. AH4R admits the allegations contained in Paragraph 2.

3. AH4R admits venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 3 and AH4R, accordingly, denies the same.

**Parties**

4. AH4R admits the allegations contained in Paragraph 4.

5. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 5 and AH4R, accordingly, denies the same.

6. Paragraph 6 does not contain any allegations. To the extent Paragraph 6 does contain allegations, AH4R denies the same.

7. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 7 and AH4R, accordingly, denies the same.

8. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 8 and AH4R, accordingly, denies the same.

9. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 9 and AH4R, accordingly, denies the same.

10. AH4R is without knowledge or information sufficient to form a belief as to

the truth or falsity of the allegations set forth in Paragraph 10 and AH4R, accordingly, denies the same.

11. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 11 and AH4R, accordingly, denies the same.

12. AH4R admits that it is a limited liability company and admits that it presently holds a 62% ownership interest in RRR. AH4R denies the remaining allegations in Paragraph 12.

## Facts

### A. The State Court Proceedings Against Debtor Home Opportunity

13. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 13 and AH4R, accordingly, denies the same.

14. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 14 and AH4R, accordingly, denies the same.

15. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 15 and AH4R, accordingly, denies the same.

16. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 16 and AH4R, accordingly, denies the same.

17. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 17 and AH4R, accordingly, denies the same.

### B. Home Opportunity's Relationship to Defendants.

18. AH4R is without knowledge or information sufficient to form a belief as to

the truth or falsity of the allegations set forth in Paragraph 18 and AH4R, accordingly, denies the same.

19. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 19 and AH4R, accordingly, denies the same.

20. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 20 and AH4R, accordingly, denies the same.

21. Paragraph 21 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 21 and AH4R, accordingly, denies the same.

22. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 22 and AH4R, accordingly, denies the same.

23. AH4R admits that it presently holds a 62% ownership interest in RRR. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 23 and AH4R, accordingly, denies the same.

**C. Home Opportunity's Holdings and Assets Prior to the Company's Dissolution and Bankruptcy Filing.**

24. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 24 and AH4R, accordingly, denies the same.

25. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 25 and AH4R, accordingly, denies the same.

26. AH4R is without knowledge or information sufficient to form a belief as to

the truth or falsity of the allegations set forth in Paragraph 26 and AH4R, accordingly, denies the same.

27. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 27 and AH4R, accordingly, denies the same.

**D. Home Opportunity and RRR's Transfer of Funds to Investors and Other Insiders.**

28. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 28 and AH4R, accordingly, denies the same.

29. As to the allegations in Paragraph 29 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 29 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 29 and AH4R, accordingly, denies the same.

30. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 30 and AH4R, accordingly, denies the same.

31. AH4R denies that Official Form 202 discloses any transfers to WRM, AH4R admits that the Statement of Financial Affairs in Docket 10 discloses certain transfers to WRM. In addition, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 31 and AH4R, accordingly, denies the same.

32. Paragraph 32 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 32 of the Complaint. In addition, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 32 and AH4R, accordingly, denies the same.

33. AH4R is without knowledge or information sufficient to form a belief as to

the truth or falsity of the allegations set forth in Paragraph 33 and AH4R, accordingly, denies the same.

### E. The Bankruptcy Trustee's Strong-Arm Power to Bring State Law Claims.

34. AH4R admits the quoted language contained in Paragraph 34 appears to be from 11 U.S.C. § 544(b)(1). AH4R denies all other allegations of Paragraph 34.

35. Paragraph 35 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 35 of the Complaint.

36. AH4R admits that the Complaint asserts claims under Arizona's Uniform Fraudulent Transfer Act. AH4R denies all other allegations of Paragraph 36.

37. AH4R admits the quoted language contained in Paragraph 37 appears to be from A.R.S. § 44-1009. AH4R denies all other allegations of Paragraph 37.

## COUNT I
## (Alter Ego)

38. AH4R incorporates all prior responses to all prior allegations as though fully set forth in this claim for relief.

39. AH4R admits the quoted language contained in Paragraph 39 appears to be from *Keg Restaurants of Arizona, Inc. v. Jones*, 240 Ariz. 64, 73 (Ct. App. 2016). AH4R denies all other allegations of Paragraph 39.

40. AH4R admits Paragraph 40.

41. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 41 and AH4R, accordingly, denies the same.

42. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 42 and AH4R, accordingly, denies the same.

43. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 43 and AH4R, accordingly,

denies the same.

44. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 44 and AH4R, accordingly, denies the same.

45. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 45 and AH4R, accordingly, denies the same.

46. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 46 and AH4R, accordingly, denies the same.

47. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 47 and AH4R, accordingly, denies the same.

48. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 48 and AH4R, accordingly, denies the same.

49. Paragraph 49 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 49 of the Complaint.

50. Paragraph 50 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 50 of the Complaint.

## COUNT II
### (Avoidance of Fraudulent Transfers Pursuant to AUFTA §§ 44-1004(A)(1))

51. AH4R incorporates all prior responses to all prior allegations as though fully set forth herein.

52. AH4R admits the quoted language contained in Paragraph 52 appears to be from A.R.S. § 44-1004(A)(1). AH4R denies all other allegations of Paragraph 52.

53. AH4R admits the quoted language contained in Paragraph 53 appears to be

from A.R.S. § 44-1004(B). AH4R denies all other allegations of Paragraph 53.

54. Paragraph 54 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 54 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 54 and AH4R, accordingly, denies the same.

55. Paragraph 55 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 55 of the Complaint.

### *(1) the transfers were to insiders*

56. Paragraph 56 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 56 of the Complaint. In addition, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 56 and AH4R, accordingly, denies the same.

### *(3) the transfers were disclosed or concealed*

57. Paragraph 57 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 57 of the Complaint. In addition, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 57 and AH4R, accordingly, denies the same.

### *(4) before the transfers were made, the debtor had been sued or threatened with suit and (10) the transfers occurred shortly before or shortly after a substantial debt was incurred*

58. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 58 and AH4R, accordingly, denies the same.

59. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 59 and AH4R, accordingly,

denies the same.

*(5) the transfers were of substantially all the debtor's assets and (9) the debtor was insolvent or became insolvent shortly after the transfers were made or the obligation was incurred*

60. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 60 and AH4R, accordingly, denies the same.

61. Paragraph 61 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 61 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 61 and AH4R, accordingly, denies the same.

62. Paragraph 62 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 62 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 62 and AH4R, accordingly, denies the same.

63. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 63 and AH4R, accordingly, denies the same.

64. Paragraph 64 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 64 of the Complaint. In addition, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 64 and AH4R, accordingly, denies the same.

65. Paragraph 65 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 65 of the Complaint. In addition, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 65 and AH4R,

accordingly, denies the same.

### ii. **Defendants Took the Fraudulently Transferred Funds from Home Opportunity in Bad Faith and For No Reasonably Equivalent Value.**

66. As to the allegations in Paragraph 66 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 66 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 66 and AH4R, accordingly, denies the same.

67. As to the allegations in Paragraph 67 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 67 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 67 and AH4R, accordingly, denies the same.

68. As to the allegations in Paragraph 68 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 68 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 68 and AH4R, accordingly, denies the same.

69. As to the allegations in Paragraph 69 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 69 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 69 and AH4R, accordingly, denies the same.

70. As to the allegations in Paragraph 70 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 70 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 70 and AH4R, accordingly, denies the same.

### COUNT III
### (Avoidance of Fraudulent Transfers
### Pursuant to AUFTA §§ 44-1004(A)(2))

71. AH4R incorporates all prior responses to all prior allegations as though fully set forth in this claim for relief.

72. AH4R admits the quoted language contained in Paragraph 72 appears to be

from A.R.S. § 44-1004(A)(2). AH4R denies all other allegations of Paragraph 72.

73. Paragraph 73 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 73 of the Complaint. In addition, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 73 and AH4R, accordingly, denies the same.

74. AH4R denies the allegations in Paragraph 74.

75. Paragraph 75 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 75 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 75 and AH4R, accordingly, denies the same.

76. Paragraph 76 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 76 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 76 and AH4R, accordingly, denies the same.

### iii. **Defendants Took the Fraudulently Transferred Funds from Home Opportunity in Bad Faith and For No Reasonably Equivalent Value.**

77. As to the allegations in Paragraph 77 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 77 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 77 and AH4R, accordingly, denies the same.

78. As to the allegations in Paragraph 78 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 78 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 78 and AH4R, accordingly, denies the same.

79. As to the allegations in Paragraph 79 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 79 that pertain to the other Defendants, AH4R is without

knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 79 and AH4R, accordingly, denies the same.

80. As to the allegations in Paragraph 80 that pertain to AH4R, AH4R denies. As to the allegations in Paragraph 80 that pertain to the other Defendants, AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 80 and AH4R, accordingly, denies the same.

## COUNT IV
### (Avoidance of Fraudulent Transfers Pursuant to AUFTA § 44-1005)

81. AH4R incorporates all prior responses to all prior allegations as though fully set forth in this claim for relief

82. AH4R admits the quoted language contained in Paragraph 82 appears to be from A.R.S. § 44-1005. AH4R denies all other allegations of Paragraph 82. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 82 and AH4R, accordingly, denies the same.

83. Paragraph 83 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 83 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 83 and AH4R, accordingly, denies the same.

84. AH4R denies the allegations in Paragraph 84.

85. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 85 and AH4R, accordingly, denies the same.

86. Paragraph 86 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 86 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 86 and AH4R, accordingly, denies the

same.

87. AH4R denies the allegations in Paragraph 87.

88. Paragraph 88 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 88 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 88 and AH4R, accordingly, denies the same.

89. Paragraph 89 is a legal conclusion to which no response should be required. To the extent a response is required, AH4R denies Paragraph 89 of the Complaint. AH4R is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 89 and AH4R, accordingly, denies the same.

**PRAYER**

AH4R denies that Trustee is entitled to any relief against AH4R as set forth in the Prayer for Relief, Subsections A-I, including, but not limited to, a declaration, judgment, payment, or costs.

**AFFIRMATIVE DEFENSES**

90. AH4R denies each allegation not specifically admitted herein.

91. Trustee fails to assert a claim for relief against AH4R.

92. Trustee asserts an improper application of the alter ego doctrine.

93. AH4R hereby gives notice that it intends to rely upon such other and further defenses, including those set forth in Rule 8, Ariz. R. Civ. P., as may become available during discovery in this action and reserves the right to ament this Answer to assert any such defenses.

**WHEREFORE**, based on the foregoing, AH4R requests the following:

A. Dismissal of Trustee's Complaint, in its entirety;

B. For such other and further relief as the Court deems appropriate.

DATED this 21st day of March, 2023.

SNELL & WILMER L.L.P.

By: */s/Jacklyn M. Branby*
Steven D. Jerome
Jacklyn M. Branby
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendant American Homes 4 Rent TRS, LLC*

**COPIES** of the foregoing emailed this 21st day of March, 2023, to:

Robert Mackenzie
c/o Moyes Sellers & Hendricks
1850 N. Central Avenue, Suite 1100
Phoenix, AZ 85004
*Chapter 7 Trustee*

Matthew Elster
BEERMANN LLP
161 N Clark St, Suite 3000
Chicago, IL 60601
mdelster@beermannlaw.com
*Attorney for Trustee*

Keith Hendricks
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue, Suite 1100
Phoenix, AZ 85004
khendricks@law-msh.com
*Attorney for Trustee*

*/s/Jennifer Thomes*

4861-0736-2131

- 13 -