SIGNED.

Dated: August 29, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 7 |
| HOME OPPORTUNITY, LLC | Case No. 2:21-bk-4924-EPB |
| Debtor. | Adversary No. 2:22-ap-200-EPB |
| | **ORDER SETTING VIDEO MEDIATION AND ESTABLISHING PROCEDURES** |
| ROBERT MACKENZIE, Plaintiff, | Date: SEPTEMBER 22, 2023 |
| v. | Time: 10:00 A.M. |
| AMERICAN HOMES 4 RENT TRS, LLC, Defendant. | Location: Zoom for Government Videoconference.[1] |

A mediation in the above referenced case is currently set for September 22, 2023, at 10:00 a.m., before the Honorable Redfield T. Baum. In accordance with *General Order No. 21-1* dated May 25, 2021, and this Order, the mediation will be conducted via videoconference using the Zoom for Government videoconferencing platform. Participants will not be physically present

---

[1] The Court holds the necessary Zoom for Government licenses. Lawyers and witnesses do not need to purchase Zoom software or a license to participate in mediation. There is no fee to participate, however it is possible that regular telephone toll charges may apply if the Zoom audio platform is accessed by phone.

1

in the courtroom. The COVID-19 public health emergency constitutes good cause and compelling circumstances for holding the mediation by videoconference. This Court has been informed that Zoom for Government provides appropriate safeguards for the parties. It is this Court's intent to provide further safeguards through this Order.

Unless modified by the Court, the provisions of this Order will govern the course of proceedings:

**1. Participation by Videoconference with Zoom for Government.**

All parties involved in this matter must appear at the mediation by Zoom for Government videoconference. For a successful experience, each participant should be familiar with and follow the guidance found at the U.S. Bankruptcy Court's *Videoconference Hearing Guidelines* found at:

http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf

**a. Connecting to Zoom**. The following link or URL (internet address) will allow you to participate in the mediation:

https://www.zoomgov.com/j/1602653792?pwd=cngvTEJUNVMzSTFJSTRHVCtrZVRYQT09

Parties must click on the link (or paste the URL into the computer's browser and hit "Enter") and then follow the instructions.

**Meeting ID: 160 265 3792**

**Password: 993077**

**b. Required Equipment**. Zoom permits access to the video portion via electronic device with internet access or by computer and access to the audio portion via either electronic device with internet access or by computer and or by telephone.

**i. Video**. To use the video portion of Zoom, each parties must have an electronic device equipped with (a) a camera capable of sending and receiving video using Zoom; (b) internet browsing software that will accommodate Zoom;

and (c) a stable internet connection and bandwidth sufficient to support Zoom. It is not necessary to download and install Zoom software.

  **ii. Audio.** To use the audio portion of Zoom, each participant must have either (a) an electronic device equipped with a microphone and speakers or (b) a telephone. If the telephone is a cellular phone, the participant must be in a location with service adequate to provide clear audio.

**2. Position Papers.**

Confidential position papers are due by **September 12, 2023,** and are to be emailed to Courtroom Deputy Dawn Saucier (dawn_saucier@azb.uscourts.gov). The parties are reminded that each side must have someone present with settlement authority to resolve the matter.

**3. Courtroom Formalities.**

Though held remotely by videoconference, the mediation conference constitutes a judicial proceeding. Any recording of a Court proceeding held by video, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited. No one except the assigned Electronic Court Recorder or another person that the Court directs may record the audio or video of the hearing. Formalities of a courtroom will be observed. Participants must dress appropriately and must conduct themselves in a professional manner. Violation of these prohibitions/admonitions may result in sanctions deemed necessary by the Court.

**SIGNED AND DATED ABOVE.**